# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 03, 2020**

SEAN F. McAVOY, CLERK

MERLE WILLIAM HARVEY,

*Plaintiff*

v.

JEFFERY A. UTTECHT,

*Defendant*

Civil Action No. 2:19-CV-294-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  IT IS ORDERED this action is DISMISSED as time-barred under 28 U.S.C. § 2244(d).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson.

Date: April 3, 2020

*CLERK OF COURT*

SEAN F. McAVOY

_____
*(By) Deputy Clerk*

Sean F. McAvoy